(February 16, 1993)

■ Darrell Baptiste, Respondent, v Edna Shapiro, Appellant.—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Spodek, J.), dated November 28, 1990, which granted the plaintiff's motion for summary judgment on liability, and denied the defendant's cross motion for summary judgment dismissing the complaint on the ground that the plaintiff's injuries did not constitute "serious injury" within the meaning of Insurance Law § 5102 (d).

■ Darrell Baptiste, Respondent, v Edna Shapiro, Appellant.—In an action to recover damages for personal injuries, the defendant appeals, as limited by her brief, from so much of an order of the Supreme Court, Kings County (Spodek, J.),

dated April 18, 1991, as granted the plaintiff's cross motion for leave to file a note of issue.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendant's contention that the court improperly allowed the plaintiff to file a note of issue is without merit *(see,* CPLR 3402). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.